

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-02
JUNE 5, 2018 SESSION**

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL NO.** 5:18-00127

                                            **8 U.S.C. § 1326(a)**

**ALONSO TAPIA-GOMEZ,**
      **also known as "Adolfo Tapia Gomez"**

### I N D I C T M E N T

#### (Reentry of a Removed Alien)

The Grand Jury Charges:

1.    On or about March 9, 2009, defendant ALONSO TAPIA-GOMEZ, also known as "Adolfo Tapia Gomez", (hereinafter "ALONSO TAPIA-GOMEZ") an alien, was found at or near Dalton, Georgia, and was subsequently removed from the United States to Mexico on or about April 7, 2009.

2.    On or about February 7, 2010, defendant ALONSO TAPIA-GOMEZ, an alien, was found at or near San Ysidro, California, and was subsequently removed from the United States to Mexico, on or about February 8, 2010.

3.    On or about March 12, 2010, defendant ALONSO TAPIA-GOMEZ, an alien, was found at or near Douglas, Arizona, and was

subsequently removed from the United States to Mexico, on or about March 13, 2010.

4.   On or about April 18, 2010, defendant ALONSO TAPIA-GOMEZ, an alien, was found at or near Douglas, Arizona, and was subsequently removed from the United States to Mexico, on or about April 19, 2010.

5.   On or about May 15, 2018, at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant ALONSO TAPIA-GOMEZ, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By:   _Erik S. Goes_

ERIK S. GOES
Assistant United States Attorney